CREDITORS BANKRUPTCY SERVICE

P.O. Box 741026
Dallas, TX 75374
972/644-1127

Dated: 08/05/09

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
900 MARKET ST. STE 400
PHILADELPHIA, PA 19107-4299

Re: Case #        0913356

Debtor        BRADWAY, LATOYA C.

Please correct the creditor's address on this case as shown below for all checks and notices.

MONTGOMERY WARD
P.O. Box 740933
Dallas, TX 75374

Thank you for your prompt attention.

_____
D. M. Mason
Creditor's Authorized Agent